DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTUAL MCNEAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1500

[October 4, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-004413CF10A.

Victual McNeal, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***